UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADIL LAHRICHI,<br><br>        Plaintiff,<br><br>    v.<br><br>LUMERA CORPORATION, a Delaware corporation; MICROVISION, INC., a Delaware corporation; and THOMAS D. MINO,<br><br>        Defendants. | No. C04-2124C<br><br>**AGREED STIPULATED MOTION FOR SECOND STIPULATED ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES** |

Pursuant to Fed. R. Civ. Pro. 26(c), the parties stipulate as follows:

1. The parties agree to a further extension of the deadlines for revealing certain expert witnesses. The parties agree to extend the deadline for revealing medical expert witnesses (including psychiatrists and/or psychologists), and experts relating to mitigation of damages from November 8, 2005, (90 days before trial) to December 15, 2005. The parties agree to extend the deadline for revealing rebuttal expert witnesses with regard to medical (including psychological) and mitigation issues from December 8, 2005 (30 days after November 8, 2005), to January 16, 2006.

**AGREED STIPULATED MOTION FOR
SECOND STIPULATED ORDER TO
EXTEND CERTAIN PRE-TRIAL DEADLINES** - 1
Case No. No. C04-2124C

Seattle-3280269.2 0041109-00005

**STOEL RIVES LLP**
ATTORNEYS
600 University St., Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

1  2. The parties agree to extend the discovery cutoff with regard to depositions of expert witnesses relating to medical (including psychological) and mitigation issues. The parties agree to complete these expert witness depositions as soon as is practicable before the trial date, February 6, 2006.

3. The parties agree to extend the discovery cutoff for any Fed. R. Civ. Proc. 35 independent medical examinations ("IME"), either neurological and/or psychological, of Dr. Lahrichi. Such examinations may be taken up until January 10, 2006.

4. Dr. Lahrichi at this time does not agree to a psychological IME as of the date of this stipulation. The parties agree that motion practice with regard to whether either IME is required can also occur after the discovery cutoff.

DATED this 15th day of November, 2005.

| STOEL RIVES LLP | MacDONALD HOAGUE & BAYLESS |
|---|---|
| By  /s/ Keelin A. Curran<br>Keelin A. Curran, WSBA #16258<br>Zahraa V. Wilkinson, WSBA #31606<br>Attorneys for Defendants<br>600 University Street, Suite 3600<br>Seattle, WA  98101<br>Telephone: (253) 624-0900<br>Fax: (253) 386-7500<br>E-mail: kacurran@stoel.com<br>E-mail: zvwilkinson@stoel.com | By  /s/ Katrin E. Frank<br>Katrin E. Frank, WSBA #14786<br>Attorneys for Plaintiff<br>1500 Hoge Building<br>705 2nd Avenue<br>Seattle, WA  98104<br>Telephone: (206) 622-1604<br>Fax: (206) 343-3961 |

**ORDER**

Pursuant to the foregoing stipulation, it is HEREBY ORDERED:

1. The deadline for revealing medical (including psychiatrists or psychologists) and mitigation expert witnesses is extended from November 8, 2005, to December 15, 2005.

AGREED STIPULATED MOTION FOR
SECOND STIPULATED ORDER TO
EXTEND CERTAIN PRE-TRIAL DEADLINES - 2
Case No. No. C04-2124C

Seattle-3280269.2 0041109-00005

STOEL RIVES LLP
ATTORNEYS
600 University St., Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

2. The deadline for revealing rebuttal expert witnesses with regard to medical (including psychological) and mitigation issues is extended from December 8, 2005, until January 16, 2006.

3. Expert witness depositions regarding medical (including psychological) and mitigation issues may occur after the discovery cutoff and must be completed as soon as is practicable before trial begins on February 6, 2006.

4. A neurological and/or psychological Fed. R. Civ. Proc. 35 independent medical examinations of Dr. Lahrichi (if such examinations are agreed to or are ordered to occur) may occur after the discovery cutoff of October 11, 2005, but no later than January 10, 2006.

5. Motion practice relating to the permissibility of psychological independent medical examinations of Dr. Lahrichi may occur after the October 11, 2005, discovery cutoff.

DATED this 18th day of November, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

STOEL RIVES LLP

By  */s/ Keelin A. Curran*
    Keelin A. Curran, WSBA #16258
    Zahraa V. Wilkinson, WSBA #31606
    Stoel Rives LLP

**AGREED STIPULATED MOTION FOR**
**SECOND STIPULATED ORDER TO**
**EXTEND CERTAIN PRE-TRIAL DEADLINES** - 3
Case No. No. C04-2124C

| | |
|---|---|
| 1 | 600 University Street, Suite 3600<br>Seattle, WA 98101 |
| 2 | Telephone:  (206) 624-0900<br>Facsimile:   (206) 386-7500 |
| 3 | Attorneys for Defendants |

Approved as to form:

4

5 MacDONALD HOAGUE & BAYLESS

6

By  /s/ Katrin E. Frank

7   Katrin E. Frank, WSBA #14786
    Attorneys for Plaintiff
8   1500 Hoge Building
    705 2nd Avenue
9   Seattle, WA  98104
10  Telephone: (206) 622-1604
    Fax: (206) 343-3961

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**AGREED STIPULATED MOTION FOR
SECOND STIPULATED ORDER TO
EXTEND CERTAIN PRE-TRIAL DEADLINES** - 4
Case No. No. C04-2124C

Seattle-3280269.2 0041109-00005

STOEL RIVES LLP
ATTORNEYS
600 University St., Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*