UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADIL LAHRICHI,

        Plaintiff,

   v.

LUMERA CORPORATION, a Delaware corporation; MICROVISION, INC., a Delaware corporation; and THOMAS D. MINO,

        Defendants.

CASE NO. C04-2124C

ORDER

    This matter comes before the Court on Defendants' Motion To Extend Trial Date (Dkt. No. 113), Plaintiff's Response (Dkt. No. 116), and Defendants' Reply (Dkt. No. 118). The Court has considered the papers submitted by the parties and determined that oral argument is unnecessary. The Court hereby GRANTS IN PART and DENIES IN PART Defendants' motion and rules as follows.

    The current trial date is February 6, 2006. For the reasons that it remains unclear whether Plaintiff's exacerbation claim will remain a part of this case, that Plaintiff's deposition has yet to be completed, and that expert discovery on economic damages and possibly also on the exacerbation claim need to be completed before the case can go to trial, a continuance is hereby GRANTED.

//

ORDER – 1

1   The new trial date shall be May 1, 2006. Pretrial Orders shall be due April 21, 2006. Trial Briefs,
2   Voir Dire, and Jury Instructions shall be due April 27, 2006.

3   Defendants' request to allow expert discovery on the exacerbation claim for Defendants but not
4   for Plaintiff is hereby DENIED. If the exacerbation claim remains part of the case, both parties may
5   present experts, obtain expert reports, make expert disclosures, and conduct expert discovery on this
6   issue.

7   Further expert discovery on the issue of economic damages is also GRANTED pursuant to the
8   parties' stipulation that further discovery on this issue should be allowed.

9   The parties are hereby DIRECTED to submit a stipulated expert disclosure and discovery
10  schedule, limited to the issues of economic damages and, if such claim remains, exacerbation of Plaintiff's
11  involuntary movement disorder, **by January 20, 2006**.

12  No Status Conference is necessary at this time.

13

14  SO ORDERED this 5th day of January, 2006.

15

16  *[signature: John C. Coughenour]*

17  John C. Coughenour
18  United States District Judge

26  ORDER – 2