UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADIL LAHRICHI,<br><br>           Plaintiff,<br><br>    v.<br><br>LUMERA CORPORATION, a Delaware corporation; MICROVISION, INC., a Delaware corporation; and THOMAS D. MINO,<br><br>           Defendants. | No. C04-2124C<br><br>**STIPULATED ORDER TO EXTEND CERTAIN EXPERT DISCLOSURE AND DISCOVERY** |

Pursuant to the Court's January 5, 2006 Order, the parties stipulate as follows:

    1.    The parties agree to an extension of the deadline for revealing expert witnesses pertaining to the exacerbation of Plaintiff's involuntary movement disorder to March 10, 2006.

    2.    The parties agree to an extension of the deadline for revealing rebuttal expert witnesses pertaining to the exacerbation of Plaintiff's involuntary movement disorder to April 10, 2006.

    3.    The parties agree to an extension of the deadline for revealing rebuttal expert witnesses pertaining to Plaintiff's economic damages to February 3, 2006.

    4.    The parties agree to extend the discovery cutoff with regard to depositions of expert witnesses on Plaintiff's involuntary movement disorder. The parties agree to complete

**STIPULATED ORDER TO EXTEND CERTAIN
EXPERT DISCLOSURE AND DISCOVERY** - 1
Case No. No. C04-2124C

Seattle-3287558.4 0041109-00005

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*

1  depositions of experts on Plaintiff's involuntary movement disorder as soon as is practicable

2  before the May 1, 2006 trial date in this case.

3      5.   The parties agree to extend the discovery cutoff for any neurological and/or

4  psychological Fed. R. Civ. Proc. 35 independent medical examinations of Dr. Lahrichi to April

5  5, 2006.

6      6.   The parties agree that the following depositions can be taken and/or completed

7  after the discovery cutoff, and agree to complete these depositions by March 31, 2006:  Adil

8  Lahrichi (3.0 hours remaining; topics to be covered: exacerbation claim, damages,  Coherent,

9  recently produced documents); Regine Csipke (4.5 hours remaining); Tom Mino (1.0 hours

10 remaining; financial topics only); Jacek Chrostowski; Amelia Derr; Dr. Frederick DeKay and Dr.

11 Paul B. Brown.  The parties agree that the deposition of Lee Foote may also occur after the

12 discovery cutoff but must be completed by March 17, 2006.  The parties also agree that the

13 deposition of D. Edson Clark, CPA may occur, if necessary, after he submits a report in the event

14 of a jury verdict in Plaintiff's favor in this case.

15     7.   The parties agree that within one week of taking the deposition of Lee Foote

16 and/or D. Edson Clark, CPA the opposing party may disclose a rebuttal expert, and that rebuttal

17 expert's deposition must be completed as soon as is practicable before trial, or, in the case of Mr.

18 Clark, in light of the post-trial schedule.

19     DATED this day 20th of January 2006.

20 STOEL RIVES LLP                                   MacDONALD HOAGUE & BAYLESS

21 By  /s/  Keelin A. Curran                         By  /s/  Approved by Email
22    Keelin A. Curran, WSBA #16258                     Katrin E. Frank, WSBA #14786
      Molly M. Daily, WSBA #28360                       Attorneys for Plaintiff
23    Attorneys for Defendants                          1500 Hoge Building
      600 University Street, Suite 3600                 705 2nd Avenue
24    Seattle, WA  98101                                Seattle, WA  98104
      Telephone: (253) 624-0900                         Telephone: (206) 622-1604
25    Fax: (253) 386-7500                               Fax: (206) 343-3961
26    E-mail: kacurran@stoel.com
      E-mail: mmdaily@stoel.com

**STIPULATED ORDER TO EXTEND CERTAIN
EXPERT DISCLOSURE AND DISCOVERY** - 2
Case No. No. C04-2124C

Seattle-3287558.4 0041109-00005

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*

**ORDER**

Pursuant to the foregoing stipulation, it is HEREBY ORDERED:

1. The deadline for revealing expert witnesses pertaining to the exacerbation of Plaintiff's involuntary movement disorder is extended to March 10, 2006.

2. The deadline for revealing rebuttal expert witnesses pertaining to the exacerbation of Plaintiff's involuntary movement disorder is extended to April 10, 2006.

3. The deadline for revealing rebuttal expert witnesses pertaining to Plaintiff's economic damages is extended to February 3, 2006.

4. Depositions of experts on Plaintiff's involuntary movement disorder must be completed as soon as is practicable before the May 1, 2006 trial date in this case.

5. A neurological and/or psychological Fed. R. Civ. Proc. 35 independent medical examinations of Dr. Lahrichi must be completed by April 5, 2006.

6. The following depositions can be taken and/or completed after the discovery cutoff, and up until March 31, 2006: Adil Lahrichi (3.0 hours remaining; topics to be covered: exacerbation claim, damages, Coherent, recently produced documents); Regine Csipke (4.5 hours remaining); Tom Mino (1.0 hours remaining; financial topics only); Jacek Chrostowski; Amelia Derr; Dr. Frederick DeKay, and Dr. Paul B. Brown. The parties agree that the deposition of Lee Foote may also occur after the discovery cutoff but must be completed by March 17, 2006. The deposition of D. Edson Clark, CPA may occur, if necessary, after he submits a report in the event of a jury verdict in Plaintiff's favor in this case.

STIPULATED ORDER TO EXTEND CERTAIN
EXPERT DISCLOSURE AND DISCOVERY - 3
Case No. No. C04-2124C

Seattle-3287558.4 0041109-00005

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*

1   7.   Within one week of taking the deposition of Lee Foote and/or D. Edson Clark, CPA, the opposing party may disclose a rebuttal expert, and that rebuttal expert's deposition must be completed as soon as is practicable before trial, or, in the case of Mr. Clark, in light of the post-trial schedule.

DATED this 24th day of January, 2006.

*[signature: John C. Coughenour]*

U.S. DISTRICT COURT JUDGE

Presented by:

STOEL RIVES LLP

By */s/ Keelin A. Curran*
  Keelin A. Curran, WSBA #16258
  Molly M. Daily, WSBA #28360
  Stoel Rives LLP
  600 University Street, Suite 3600
  Seattle, WA 98101
  Telephone:  (206) 624-0900
  Facsimile:   (206) 386-7500
  Attorneys for Defendants

Approved as to form:

MacDONALD HOAGUE & BAYLESS

By */s/ Approved by Email*
  Katrin E. Frank, WSBA #14786
  Attorneys for Plaintiff
  1500 Hoge Building
  705 2nd Avenue
  Seattle, WA  98104
  Telephone: (206) 622-1604
  Fax: (206) 343-3961

**STIPULATED ORDER TO EXTEND CERTAIN EXPERT DISCLOSURE AND DISCOVERY** - 4
Case No. No. C04-2124C

Seattle-3287558.4 0041109-00005

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*