UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADIL LAHRICHI,

              Plaintiff,

  v.

LUMERA CORPORATION, a Delaware corporation; MICROVISION, INC., a Delaware corporation; and THOMAS D. MINO,

              Defendants.

CASE NO. C04-2124C

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on Plaintiff's Motion To Strike Defendants' Motion for Partial Summary Judgment and for an Order To Shorten Time (Dkt. No. 138) and Defendants' Opposition thereto (Dkt. No. 150). The Court, having fully considered the issues raised by the parties, hereby GRANTS Plaintiff's motion in its entirety. Defendants' Motion for Partial Summary Judgment Re After Acquired Evidence Defense (Dkt. No. 133) is hereby STRICKEN. The Court's continuance of the trial date in this matter did not constitute an extension of the November 8, 2005 dispositive motions deadline. Therefore, Defendants' summary judgment motion filed on January 31, 2006 was filed after the

MINUTE ORDER – 1

dispositive motions deadline governing this case had passed.  The Court expresses no opinion on the issues raised in Defendants' stricken motion for summary judgment, and notes that, should resolution of these issues be required in the course of this litigation, such issues may be addressed at trial.

DATED this 10th day of February, 2006.

BRUCE RIFKIN, Clerk of Court

By  /s/ C. Ledesma
     Deputy Clerk

MINUTE ORDER – 2