UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADIL LAHRICHI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LUMERA CORPORATION, a Delaware corporation; MICROVISION, INC., a Delaware corporation; and THOMAS D. MINO,<br><br>　　　　　　　Defendants. | CASE NO. C04-2124C<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's Motion for Extension of Filing Deadline and for Permission To Submit an Over-Length Motion for Reconsideration (Dkt. No. 157). Pursuant to Federal Rule of Civil Procedure 6(b), the Court DENIES Plaintiff's request for an extension of time. The Court also DENIES leave to file an overlength reconsideration brief. Plaintiff must file his motion for reconsideration within the time allowed and page limits imposed by the Local and Federal Rules.

DATED this 14th day of March, 2006.

BRUCE RIFKIN, Clerk of Court

By  /s/ C. Ledesma
　　　Deputy Clerk

MINUTE ORDER – 1