UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADIL LAHRICHI,

        Plaintiff,

        v.

LUMERA CORPORATION, a Delaware corporation; MICROVISION, Inc., a Delaware corporation; and THOMAS D. MINO,

        Defendants.

Case No. C04-2124C

TAXATION OF COSTS

    Costs in the above-entitled action are hereby taxed against PLAINTIFF ADIL LAHRICHI and on behalf of DEFENDANTS in the amount of $6,748.27. Plaintiff's sole objection was that a motion for reconsideration was pending with the court. That motion has been denied.

    Dated this   24th   day of APRIL, 2006.

                                         Bruce Rifkin

                                         Clerk, U.S. District Court

TAXATION OF COSTS -- 1