1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

ADIL LAHRICHI,

Plaintiff,

v.

LUMERA CORPORATION, a Delaware corporation; MICROVISION, INC., a Delaware corporation; and THOMAS D. MINO,

Defendants.

CASE NO. C04-2124C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's Motion for Reconsideration (Dkt. No. 224). Motions for reconsideration are governed by Local Civil Rule 7(h), which provides in pertinent part that "[m]otions for reconsideration are disfavored" and that the Court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Rules W.D. Wash. CR 7(h)(1).

Plaintiff requests this Court's reconsideration of its determination that Exhibits 3, 4, 5, 6, 7, 10,

MINUTE ORDER – 1

30, and 32 should be filed unsealed in their entireties.

As this Court has already noted, Exhibits 3 and 4 are Internet printouts of the text of Orders of this Court that were not originally filed as sealed on the Court's docket. The Court finds no reason to change its original denial of Plaintiff's motion to seal them as exhibits in their entireties. However, because Plaintiff intends to request that portions of the original Orders be redacted, the Court will allow Plaintiff to make identical requests as to these exhibits by joint submittal and according to the terms set forth in this Court's May 22, 2007 Order. Plaintiff is excused from filing these documents unsealed in their entireties for the time being, subject to the Court's ruling on the forthcoming redaction requests. Accordingly the motion for reconsideration is RESERVED as to Exhibits 3 and 4.

As this Court has already noted, Exhibits 5, 6, and 7 are letters between the parties that do not contain any confidential information. The Court finds no reason to change its original denial of Plaintiff's motion to seal them as exhibits in their entireties. The Court has again scrutinized the letters. As to Exhibits 5 and 6, the Court finds that several words identifying a prior employer in Exhibit 5 and one line in Exhibit 6 regarding the absence of medical records must be the subject of Plaintiff's motion for reconsideration. These references do not *disclose* confidential information. Indeed, Exhibit 6 does the opposite in suggesting a lack of medical information. Exhibit 7 contains no confidential information whatsoever. Discussion of the existence of confidential information in the abstract is not sealable content. The Court's prior Order regarding these documents remains the same and the motion for reconsideration is DENIED as to Exhibits 5, 6, and 7. Plaintiff is ORDERED to file these documents on the docket unsealed in their entireties within 3 court days of this Minute Order. Such filing shall link to the sealed versions for identification.

As the Court has already noted, Exhibits 10, 30, and 32 are excerpts of depositions not designated confidential. The Court finds no reason to change its original denial of Plaintiff's motion to seal them as exhibits in their entireties. The Court declines to comb these documents for confidential information, but will revise its prior Order as to these Exhibits to allow Plaintiff to request limited redactions by joint

MINUTE ORDER – 2

1  submittal and according to the terms set forth in this Court's May 22, 2007 Order.  Plaintiff is excused
2  from filing these documents unsealed in their entireties for the time being, subject to the Court's ruling on
3  the forthcoming redaction requests.  Accordingly, the motion for reconsideration is RESERVED as to
4  Exhibits 10, 30, and 32.

5       For the foregoing reasons, Plaintiff's Motion for Reconsideration is DENIED in part and
6  RESERVED in part.

7       DATED this 5th day of June, 2007.

8                                BRUCE RIFKIN, Clerk of Court

9                              By  */s/ C. Ledesma*
                                   Deputy Clerk

26  MINUTE ORDER – 3