UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADIL LAHRICHI,

        Plaintiff,

    v.

LUMERA CORP., MICROVISION, and THOMAS D. MINO,

        Defendants.

CASE NO. C04-2124-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's Motion for Extension of Filing Deadline and for Permission to Submit an Over-Length Motion for Reconsideration (Dkt. No. 258). Plaintiff requests a five-day extension to file a motion for reconsideration; permission to file an over-length motion for reconsideration of up to twenty-five pages long; and an additional fourteen days after a decision on reconsideration in which to file redacted documents as instructed in the Court's previous order. In addition, Plaintiff asks the Court to rule on his motion by April 3, 2009, the same day the motion was filed.

MINUTE ORDER – 1

Pursuant to local rule, "[m]otions for reconsideration are disfavored." Local Rules W.D. Wash. CR 7(h)(1). Motions seeking approval to file an over-length motion are also "disfavored." Local Rules W.D. Wash. CR 7(f). In addition, a motion seeking approval to file an over-length submission "shall be filed at least *three judicial days before* the underlying motion or brief is due." *Id.* (emphasis added). Plaintiff filed the present motion one day before his motion on reconsideration is due. The Court finds that good cause does not exist to overcome Plaintiff's "disfavored" and untimely requests.[1] Accordingly, Plaintiff's motion (Dkt. No. 258) is DENIED.

Nevertheless, in light of the extensive number of documents that need to be redacted, the parties are hereby granted an extension of ten judicial days, up to April 27, 2009, in which to comply with the instructions in the Court's previous Order (Dkt. No. 257).

DATED this 6th day of April, 2009.

BRUCE RIFKIN, Clerk of Court

By *V. Perez*
Deputy Clerk

---

[1] The untimely nature of Plaintiff's motion is illustrated by his urgent request that the Court rule on his motion *the same day it was filed*. (*See* Mot. 1 (Dkt. No. 258).)

MINUTE ORDER – 2