# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ADIL LAHRICHI,

    Plaintiff,

  v.

LUMERA CORP., MICROVISION, and THOMAS D. MINO,

    Defendants.

CASE NO. C04-2124-JCC

ORDER

This matter comes before the Court on Plaintiff's Motion for Partial Reconsideration of Court's 03/23/09 Sealed Order (Dkt. No. 260). The local rules require that a motion for reconsideration "shall be filed within ten judicial days after the order to which it relates is filed." Local Rules W.D. Wash. CR 7(h)(2). Accordingly, the deadline to file a motion for reconsideration of this Court's March 23, 2009, Order was April 6, 2009. *See id.* Plaintiff filed the instant motion for partial reconsideration on April 7, 2009. (*See* Dkt. No. 260.)

ORDER – 1

1     The Court is not inclined to consider Plaintiffs *untimely* and "disfavored" motion, *see* Local Rules
2 W.D. Wash. CR 7(h), which asks the Court to reconsider numerous aspects of its previous detailed
3 review of Plaintiff's excruciatingly voluminous sealing requests on limited remand.[1] Plaintiff's untimely
4 motion for reconsideration (Dkt. No. 260) is therefore DENIED.

5     SO ORDERED this 9th day of April, 2009.

 

                                */s/ John C. Coughenour*
                                John C. Coughenour
                                UNITED STATES DISTRICT JUDGE

---

[1] Prior to its consideration of Plaintiff's appeal, the Ninth Circuit remanded the case back to this Court for the limited purpose of considering Plaintiff's motion to seal. (*See* Dkt. No. 214.)

ORDER – 2